UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARNER, | No. 2:20-cv-02143 DB P |
| Petitioner, | |
| v. | ORDER |
| RALPH DIAZ, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 21, 2021, respondent filed an answer to the petition. (ECF No. 16.) On December 23, 2021, respondent also filed a notice of lodging with the court. (ECF No. 17.) Both the answer and the notice of lodging contain a declaration of service stating that respondents served these documents on petitioner by mailing them to petitioner's address of record. (ECF No. 16 at 28; ECF No. 17 at 3.)

Petitioner now filed a letter with the court stating that he has not received either of these documents. (ECF No. 20.) Petitioner asks that this letter be considered a request for "discovery." (Id. at 1.) Though petitioner uses the term discovery, it appears he is actually requesting re-service of these documents.

The court will direct respondent to re-serve respondent's answer (ECF No. 16) and respondent's notice of lodging (ECF No. 17) on petitioner. While it appears that respondent filed

1  a sufficient proof of service with these documents, petitioner has represented that he has not
2  received these documents.  If true, this could pose legitimate challenges to petitioner's ability to
3  fully litigate this action.
4      Accordingly, IT IS HEREBY ORDERED that respondent shall re-serve their answer
5  (ECF No. 16) and the notice of lodging (ECF No. 17) on the petitioner.  Respondent should file
6  notice with the court when service has been completed.
7  Dated:  February 24, 2023

                                 DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Habeas/R/garn2143.reserve